**2013–1591.  State v. Quarterman.**

Summit App. No. 26400, 2013-Ohio-3606. This cause is pending before the court as an appeal from the Court of Appeals for Summit County.

Upon consideration of the motions for admission pro hac vice of Marsha Levick and Nadia Natasha Seeratan, it is ordered by the court that the motions are granted. Pursuant to Gov.Bar R. XII(4), counsel shall file notices of permission to appear pro hac vice with the Supreme Court's Office of Attorney Services within 30 days of the date of this entry.

**2013–1932.  In re B.C.**

Clark App. No. 2013–CA–72. This cause is pending before the court as an appeal involving the termination of parental rights from the Court of Appeals for Clark County.

Upon consideration of appellant's motion for leave to redact personally identifying information, it is ordered by the court that the motion is granted. Appellant shall come to the Supreme Court of Ohio clerk's office and redact all personal identifiers, as defined by Sup.R. 44(H) and S.Ct.Prac.R. 3.12, from the appendix filed in this case within ten days of the date of this entry.

**2014–0181.  In re B.C.**

Clark App. No. 2013–CA–72. This cause is pending before the court on the certification of a conflict by the Court of Appeals for Clark County.

Upon consideration of appellant's motion for leave to redact personally identifying information, it is ordered by the court that the motion is granted. Appellant shall come to the Supreme Court of Ohio clerk's office and redact all personal identifiers, as defined by Sup.R. 44(H) and S.Ct.Prac.R. 3.12, from the appendix filed in this case within ten days of the date of this entry.